Courtesy Copy

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BEAR STEARNS COMPANIES, INC. SECURITIES, DERIVATIVE, AND ERISA LITIGATION<br><br>This Document Relates To:<br>     Securities Action, No. 08 Civ. 2793 (RWS) | Master File No.: 08 MDL 1963 (RWS)<br><br><br><br> |
| Collier Enterprises Management 401K Profit Sharing Plan; Valley Financial Group, LLLP; BGC II, LP; CE Diversified Financial, LLLP; Collier Family Office, Inc. 401K Plan; CH Motorcars, LLC 401K Plan; The Collier Foundation, Inc.; Collier Asset Group, L.P.; Inglius U. Collier Irrevocable Trust II; Laura Isabel Uppercu Collier Trust; Miles C. Collier Rev. Trust U/A Dated 4/26/2002; Theresa A. Collier Rev. Trust U/A Dated 5/20/98; MCCEC, L.P.; MCC Financial Group, L.P.; Miles C. Collier Grantor Retained Annuity Trust Dated 12/14/00; MCC-PCM, Inc.; MCC-PCM, Inc. #2; PJC Financial Group, L.P.; Mill Park Foundation Inc.; Isabel Collier Read Irrevocable Trust Dated 12/29/81, as Amended; Isabel Collier Read Charitable Remainder Annuity Trust; Collier Asset Group 2007 Trust; William A. Read, Jr. Trust; Barron Gordon Collier V Trust; Barron G. Collier II Revocable Trust; Charlotte Wilk Collier Minority Trust U/A Dated 8/10/95; Parker J. Collier Rev. Trust U/A Dated 12/19/97; MPC-AJP, LLLP; MPC-PPW, LLLP; The Equestrian Center at Horse Creek, LLC 401K Plan; Auburn Foundation, Inc.; and Wyoming Philanthropic Trust Inc.,<br>                                                        Plaintiffs,<br>v.<br><br>The Bear Stearns Companies LLC (F/K/A Bear Stearns Companies Inc.); Alan D. Schwartz; Samuel L. Molinaro, Jr.; James Cayne; Warren Spector; and Deloitte & Touche LLP,<br>                                                        Defendants. | Case No.: 14 Civ. 9440<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that Case No. 14 Civ. 9440 is voluntarily dismissed with prejudice against all Defendants.

Dated: August 30, 2017                         By: /s/ Philip Korologos

                                               BOIES SCHILLER FLEXNER LLP

                                               Philip Korologos (pkorologos@bsfllp.com)
                                               575 Lexington Avenue
                                               New York, NY 10022
                                               Tel: (212) 446-2390
                                               Fax: (212) 446-2350

                                               Richard B. Drubel (rdrubel@bsfllp.com)
                                               Matthew J. Henken (mhenken@bsfllp.com)
                                               26 South Main Street
                                               Hanover, NH 03755
                                               Tel: (603) 643-9090
                                               Fax: (603) 643-9010